# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. Civil Action No. 13-cv-01830-CMA

DEBRA GLENN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing and Remanding ALJ'S Decision Denying Social Security Benefits by Judge Christine M. Arguello entered on May 20, 2014,  it is

ORDERED that the ALJ's denial of social security disability benefits is REVERSED. This case is Remanded to the Commissioner for proceedings consistent with this Order. It is

FURTHER ORDERED that the Plaintiff is awarded her costs to be taxed by the Clerk of Court, pursuant to the procedures set forth in Fed. R. Civ. P. 54 (d)(1) and D.C.COLO.LCivR 54.1. Any motion for attorneys fees under Equal Access to Justice Act shall be filed within 30 days of final judgment.

Dated at Denver, Colorado this 21st day of May, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/   A. Thomas

                              A. Thomas
                              Deputy Clerk